In the Matter of WANDA KRYGER, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination by respondents revoking petitioner's restaurant liquor license, transferred to this court pursuant to section 1296 of the Civil Practice Act, determination unanimously confirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

In the Matter of the Probate of the Will of JOSEPHINA PUGLISI, Deceased. SALVATORE PUGLISI, as Executor of JOSEPHINA PUGLISI, Deceased, Respondent; ANTHONY PUGLISI, Appellant.— In a contested probate proceeding, the objectant appeals from a decree admitting the propounded instrument to probate as the last will and testament of the decedent. Decree of the Surrogate's Court, Kings County, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [205 Misc. 773.]

■

IRVING A. LEVINE, Respondent, v. HENRY I. LEVINE et al., Appellants.— In an action to impress a trust on the proceeds of life insurance policies, order, granting plaintiff's motion to examine defendants before trial and requiring defendants to produce books and papers, affirmed insofar as appeal is taken, with $10 costs and disbursements; the examination to proceed on five days' notice. No opinion. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.